Opinion by COLE, J.   The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).   In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5.   The protests were sustained.

**No. 49023.**—Protests 965535–G, etc., of Lun Tai & Co. (San Francisco).

Opinion by COLE, J.   The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).   In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5.   The protests were sustained.

**No. 49024.**—Protests 8049–K, etc., of T. H. Lung Co. et al. (Boston).

Opinion by COLE, J.   The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).   In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5.   The protests were sustained.

BEFORE THE SECOND DIVISION, DECEMBER 9, 1943

**No. 49025.**—Protests 505693–G, etc., of James A. Hearn & Son, Inc., et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49026.**—Protests 95252–K, etc., of Thorens, Inc., et al. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 9, 1943

**No. 49027.**—Protest 99588–K of S. Nathan & Co., Inc. (New York).

Opinion by CLINE, J.   When the case was called for trial there was no appearance on the part of the plaintiff.   An examination of the record failed to disclose any evidence in support of the claim made.   The protest was therefore overruled.